UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62070-CIV-ZLOCH

ALBA M. CUETO,

      Plaintiff,

vs.                                              **O R D E R**

CAVALRY PORTFOLIO SERVICES,
LLC,

      Defendant.

_____/

THIS MATTER is before the Court upon Defendant Cavalry
Portfolio Services, LLC's Motion To Permit Counsel To Attend
Deposition By Telephone (DE 19).  The Court has carefully reviewed
said Motion, the entire court file and is otherwise fully advised
in the premises.

By the instant Motion (DE 19), Defendant seeks to appear
telephonically at the January 19, 2012 deposition in White Plains,
New York, that was scheduled by Plaintiff's Counsel.  Under Federal
Rule of Civil Procedure 30(b)(4), the Court may on motion order
that a deposition be taken by telephone.  The Court further notes
that "leave to take telephonic depositions should be liberally
granted in appropriate cases."  Jahr v. IU Intern. Corp., 109
F.R.D. 429, 431 (M.D.N.C. 1986).  See also, Tardif v. People for
Ethical Treatment of Animals, 2011 WL 1335825, at * 1 (M.D. Fla.
Apr. 7, 2011) (allowing counsel to attend a deposition by video-

conference when he would have to travel to a different state to appear at the deposition).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Cavalry Portfolio Services, LLC's Motion To Permit Counsel To Attend Deposition By Telephone (DE 19) be and the same is hereby **GRANTED.** Defendant's Counsel may make his appearance telephonically at the January 19, 2012 deposition in White Plains, New York.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of January, 2012.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2