UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62070-CIV-ZLOCH

ALBA M. CUETO,

      Plaintiff,

                             **FINAL ORDER OF DISMISSAL**

vs.

CAVALRY PORTFOLIO SERVICES,
LLC,

      Defendant.
_____/

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 24) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation For Dismissal With Prejudice (DE 24) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

4. The Court will retain jurisdiction over the above-styled

cause solely for the purpose of enforcing the Parties' Stipulation (DE 24).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of January, 2012.


WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2